FILED

06/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0313

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA-24-0313

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

ANDREW PIERCE LAKE,

      Defendant and Appellant.

## ORDER

Nick K. Brooke, counsel for Appellant, has filed a motion to withdraw and appoint the Appellate Defender Division to represent Lake in this appeal. Good cause appearing therefrom,

IT IS HEREBY ORDERED that the Motion to withdraw is GRANTED.

The Appellate Defender Division shall have 30 days from the date of this Order within which to file either a notice of appearance or a motion to rescind this Order. In the event the Appellant qualifies for appointed counsel, the Appellate Defender Division shall immediately order

transcripts.

The Clerk is directed to provide a copy of this Order to counsel of record, to Appellant Andrew Lake, and to the Appellate Defender Division.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 28 2024